UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
Patricia Ann Harmon

Chapter 13

Case No. _____

Debtor(s).

# PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

**For Debtor:**

☑ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). ____

**For Joint Debtor, if applicable:**

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). ____

Dated: April 24, 2020

/s/ Michael J. Watton
Michael J. Watton
**Attorney for Debtor**
Watton Law Group
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203
(414) 273-6858
jdrewicz@wattongroup.com

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Date: 03/20/2020 | | Advice No. 4859520 | |
|---|---|---|---|---|

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | 928.82 |
| Total: | | $928.82 |

**Deposit Amount:** 928.82

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

## NON-NEGOTIABLE

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Pay Group: FSH-Loc 150 Food Serv (Hourly 191)<br>Pay Begin Date: 02/23/2020<br>Pay End Date: 03/07/2020 | Business Unit: MPS00<br>Advice #: 4859520<br>Advice Date: 03/20/2020 |
|---|---|---|

| Patricia A Harmon<br>3064 N 46th St<br>Milwaukee, WI 53210<br><br>Employee ID: 133547 | Department: 097-Obama S.C.T.E.<br>Location: School Of Career & Tech Ed<br>Job Title: FOOD SERVICE ASSISTANT<br>Grade: B5  Step:<br>Pay Rate: $13.440000 Hourly<br>Incr. Date: NA | TAX DATA:  Federal  WI State<br>Marital Status: Single  Single<br>Allowances: 1  1<br>Addl. Pct:<br>Addl. Amt: |
|---|---|---|

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Sick Leave Full Pay(C) | 13.440000 | 36.00 | 483.84 | 53.50 | 719.04 |
| Regular Pay-Pen(C) | 13.440000 | 54.60 | 733.83 | 255.70 | 3,436.62 |
| Travel Mileage | | | 0.00 | 17.30 | 9.95 |
| Travel Mileage-Taxable | | | 0.00 | 17.30 | 0.00 |
| Uniform Allow-150 Food Srv | | | 0.00 | | 225.00 |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | 80.64 |
| **TOTAL:** | | **90.60** | **1,217.67** | **349.80** | **4,471.25** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 95.29 | 236.77 |
| Fed MED/EE | 17.66 | 61.43 |
| Fed OASDI/EE | 75.49 | 262.65 |
| WI Withholdng | 51.70 | 131.63 |
| **TOTAL:** | **240.14** | **692.48** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 48.71 | 169.46 |
| **TOTAL:** | **48.71** | **169.46** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 5.73 | 17.19 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,217.67 | 1,168.96 | 240.14 | 48.71 | 928.82 |
| YTD | 4,471.25 | 4,066.84 | 692.48 | 169.46 | 3,609.31 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 42.4 | 0.0 | 0.0 | Net Amount | 928.82 |
| + Earned | 0.0 | 6.1 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 36.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **12.5** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | | Date: 04/03/2020 | | | | Advice No. 4871111 | |
|---|---|---|---|---|---|---|---|

| **DIRECT DEPOSIT DISTRIBUTION** | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | 639.33 |
| **Total:** | | $639.33 |

**Deposit Amount:** 639.33

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

## NON-NEGOTIABLE

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Pay Group: FSH-Loc 150 Food Serv (Hourly 191)<br>Pay Begin Date: 03/08/2020<br>Pay End Date: 03/21/2020 | Business Unit: MPS00<br>Advice #: 4871111<br>Advice Date: 04/03/2020 |
|---|---|---|

| Patricia A Harmon<br>3064 N 46th St<br>Milwaukee, WI 53210<br><br>Employee ID: 133547 | Department: 097-Obama S.C.T.E.<br>Location: School Of Career & Tech Ed<br>Job Title: FOOD SERVICE ASSISTANT<br>Grade: B5  Step:<br>Pay Rate: $13.440000 Hourly<br>Incr. Date: NA | TAX DATA: | Federal | WI State |
|---|---|---|---|---|
| | | Marital Status: | Single | Single |
| | | Allowances: | 1 | 1 |
| | | Addl. Pct: | | |
| | | Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay-Pen(C) | 13.440000 | 47.60 | 639.74 | 303.30 | 4,076.36 |
| Travel Mileage | 0.575000 | 6.40 | 3.68 | 23.70 | 13.63 |
| Travel Mileage-Taxable | | 6.40 | 0.00 | 23.70 | 0.00 |
| Hourly Paid-Pen(C) | 13.440000 | 12.00 | 161.28 | 12.00 | 161.28 |
| Uniform Allow-150 Food Srv | | | 0.00 | | 225.00 |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | 80.64 |
| Sick Leave Full Pay(C) | | | 0.00 | 53.50 | 719.04 |
| **TOTAL:** | | **72.40** | **804.70** | **422.20** | **5,275.95** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 47.30 | 284.07 |
| Fed MED/EE | 11.61 | 73.04 |
| Fed OASDI/EE | 49.66 | 312.31 |
| WI Withholdng | 24.76 | 156.39 |
| **TOTAL:** | **133.33** | **825.81** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 32.04 | 201.50 |
| **TOTAL:** | **32.04** | **201.50** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 0.00 | 17.19 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 804.70 | 768.98 | 133.33 | 32.04 | 639.33 |
| YTD | 5,275.95 | 4,835.82 | 825.81 | 201.50 | 4,248.64 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 12.5 | 0.0 | 0.0 | Net Amount | 639.33 |
| + Earned | 0.0 | 4.0 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **16.5** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors | Date: 04/17/2020 | Advice No. 4887174 |
|---|---|---|
| P.O. BOX 2181 | | |
| Milwaukee, WI 53201 | | |

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 639.43 |
| **Total:** | | **$639.43** |

**Deposit Amount:** 639.43

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

# NON-NEGOTIABLE

---

| Milw Board of School Directors | Pay Group: | FSH-Loc 150 Food Serv (Hourly 191) | Business Unit: | MPS00 |
|---|---|---|---|---|
| P.O. BOX 2181 | Pay Begin Date: | 03/22/2020 | Advice #: | 4887174 |
| Milwaukee, WI 53201 | Pay End Date: | 04/04/2020 | Advice Date: | 04/17/2020 |

| Patricia A Harmon | Department: | 097-Obama S.C.T.E. | TAX DATA: | Federal | WI State |
|---|---|---|---|---|---|
| 3064 N 46th St | Location: | School Of Career & Tech Ed | Marital Status: | Single | Single |
| Milwaukee, WI 53210 | Job Title: | FOOD SERVICE ASSISTANT | Allowances: | 1 | 1 |
| | Grade: | B5   Step: | Addl. Pct: | | |
| | Pay Rate: | $13.440000 Hourly | Addl. Amt: | | |
| Employee ID: 133547 | Incr. Date: | NA | | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Hourly Paid-Pen(C) | 13.440000 | 60.00 | 806.40 | 72.00 | 967.68 |
| Regular Pay-Pen(C) | | 0.00 | 0.00 | 303.30 | 4,076.36 |
| Travel Mileage | | 0.00 | 0.00 | 23.70 | 13.63 |
| Travel Mileage-Taxable | | 0.00 | 0.00 | 23.70 | 0.00 |
| Uniform Allow-150 Food Srv | | 0.00 | 0.00 | | 225.00 |
| Scheduled Holiday(C) | | 0.00 | 0.00 | 6.00 | 80.64 |
| Sick Leave Full Pay(C) | | 0.00 | 0.00 | 53.50 | 719.04 |
| **TOTAL:** | | **60.00** | **806.40** | **482.20** | **6,082.35** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 47.92 | 331.99 |
| Fed MED/EE | 11.69 | 84.73 |
| Fed OASDI/EE | 50.00 | 362.31 |
| WI Withholdng | 25.10 | 181.49 |
| **TOTAL:** | **134.71** | **960.52** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 32.26 | 233.76 |
| **TOTAL:** | **32.26** | **233.76** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 5.73 | 22.92 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 806.40 | 774.14 | 134.71 | 32.26 | 639.43 |
| YTD | 6,082.35 | 5,609.96 | 960.52 | 233.76 | 4,888.07 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 16.5 | 0.0 | 0.0 | Net Amount | 639.43 |
| + Earned | 0.0 | 4.0 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **20.5** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

Milw Board of School Directors  
P.O. BOX 2181  
Milwaukee, WI 53201

Date: 10/04/2019

Advice No. 4693290

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | 675.00 |
| **Total:** | | **$675.00** |

**Deposit Amount:** 675.00

**To The Account Of** PATRICIA A HARMON  
3064 N 46th St  
Milwaukee, WI 53210

## NON-NEGOTIABLE

---

| Milw Board of School Directors | | |
|---|---|---|
| P.O. BOX 2181 | | |
| Milwaukee, WI 53201 | | |

| Pay Group: | FSH-Loc 150 Food Serv (Hourly 191) |
|---|---|
| Pay Begin Date: | 09/08/2019 |
| Pay End Date: | 09/21/2019 |

| Business Unit: | MPS00 |
|---|---|
| Advice #: | 4693290 |
| Advice Date: | 10/04/2019 |

Patricia A Harmon  
3064 N 46th St  
Milwaukee, WI 53210  
Employee ID: 133547

| Department: | 097-Obama S.C.T.E. |
|---|---|
| Location: | School Of Career & Tech Ed |
| Job Title: | FOOD SERVICE ASSISTANT |
| Grade: | B5  Step: |
| Pay Rate: | $13.440000 Hourly |
| Incr. Date: | NA |

| TAX DATA: | Federal | WI State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay-Pen(C) | 13.440000 | 63.90 | 858.82 | 93.90 | 1,262.02 | Fed Withholdng | 55.38 | 268.42 |
| Regular Pay-Non Pen(O) | | | 0.00 | 429.30 | 5,564.15 | Fed MED/EE | 12.45 | 104.92 |
| Summer School-Non Pen(O) | | | 0.00 | 5.00 | 64.70 | Fed OASDI/EE | 53.25 | 448.63 |
| Underfill Loc 150 Food Srv(C) | | | 0.00 | 8.00 | 5.60 | WI Withholdng | 28.39 | 145.18 |
| Travel Mileage | | | 0.00 | 12.60 | 7.31 | | | |
| Travel Mileage-Taxable | | | 0.00 | 12.60 | 0.00 | | | |
| Uniform Allow-150 Food Srv | | | 0.00 | | 150.00 | | | |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | 80.64 | | | |
| Sick Leave Full Pay(C) | | | 0.00 | 20.00 | 258.80 | | | |
| **TOTAL:** | | **63.90** | **858.82** | **587.40** | **7,393.22** | **TOTAL:** | **149.47** | **967.15** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 34.35 | 53.70 |
| **TOTAL:** | **34.35** | **53.70** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 0.00 | 5.73 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 858.82 | 824.47 | 149.47 | 34.35 | 675.00 |
| YTD | 7,393.22 | 7,182.21 | 967.15 | 53.70 | 6,372.37 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 28.5 | 0.0 | 0.0 | Net Amount | 675.00 |
| + Earned | 0.0 | 4.3 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **32.8** | **0.0** | **0.0** | | |

MPS Pension Number:  
Life to Date Hours: NA  
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors | Date: 10/18/2019 | Advice No. 4709195 |
|---|---|---|
| P.O. BOX 2181 | | |
| Milwaukee, WI 53201 | | |

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 681.56 |
| **Total:** | | $681.56 |

**Deposit Amount:** 681.56

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

## NON-NEGOTIABLE

| Milw Board of School Directors | Pay Group: | FSH-Loc 150 Food Serv (Hourly 191) | Business Unit: | MPS00 |
|---|---|---|---|---|
| P.O. BOX 2181 | Pay Begin Date: | 09/22/2019 | Advice #: | 4709195 |
| Milwaukee, WI 53201 | Pay End Date: | 10/05/2019 | Advice Date: | 10/18/2019 |

| Patricia A Harmon | Department: | 097-Obama S.C.T.E. | TAX DATA: | Federal | WI State |
|---|---|---|---|---|---|
| 3064 N 46th St | Location: | School Of Career & Tech Ed | Marital Status: | Single | Single |
| Milwaukee, WI 53210 | Job Title: | FOOD SERVICE ASSISTANT | Allowances: | 1 | 1 |
| | Grade: | B5  Step: | Addl. Pct: | | |
| | Pay Rate: | $13.440000 Hourly | Addl. Amt: | | |
| Employee ID: 133547 | Incr. Date: | NA | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Pay-Pen(C) | 13.440000 | 59.20 | 795.65 | 153.10 | 2,057.67 |
| Injury Adjustment 66% | 8.959104 | 6.00 | 53.75 | 6.00 | 53.75 |
| (-) Pay Adjustment(O) | 13.440000 | -6.00 | -80.64 | -6.00 | -80.64 |
| Hourly Full Pay-Pension(C) | 13.440000 | 6.00 | 80.64 | 6.00 | 80.64 |
| Regular Pay-Non Pen(O) | | | 0.00 | 429.30 | 5,564.15 |
| Summer School-Non Pen(O) | | | 0.00 | 5.00 | 64.70 |
| Underfill Loc 150 Food Srv(C) | | | 0.00 | 8.00 | 5.60 |
| Travel Mileage | | | 0.00 | 12.60 | 7.31 |
| Travel Mileage-Taxable | | | 0.00 | 12.60 | 0.00 |
| Uniform Allow-150 Food Srv | | | 0.00 | | 150.00 |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | 80.64 |
| Sick Leave Full Pay(C) | | | 0.00 | 20.00 | 258.80 |
| **TOTAL:** | | **65.20** | **849.40** | **652.60** | **8,242.62** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 47.71 | 316.13 |
| Fed MED/EE | 11.54 | 116.46 |
| Fed OASDI/EE | 49.33 | 497.96 |
| WI Withholdng | 24.21 | 169.39 |
| **TOTAL:** | **132.79** | **1,099.94** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 35.05 | 88.75 |
| **TOTAL:** | **35.05** | **88.75** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 5.73 | 11.46 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 849.40 | 760.60 | 132.79 | 35.05 | 681.56 |
| YTD | 8,242.62 | 7,942.81 | 1,099.94 | 88.75 | 7,053.93 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICK HALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 32.8 | 0.0 | 0.0 | Net Amount | 681.56 |
| + Earned | 0.0 | 4.4 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **37.2** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors | Date: 11/01/2019 | Advice No. 4720515 |
|---|---|---|
| P.O. BOX 2181 | | |
| Milwaukee, WI 53201 | | |

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | 638.02 |

**Deposit Amount:** **638.02**

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

| Total: | $638.02 |
|---|---|

## NON-NEGOTIABLE

| Milw Board of School Directors | Pay Group: | FSH-Loc 150 Food Serv (Hourly 191) | Business Unit: | MPS00 |
|---|---|---|---|---|
| P.O. BOX 2181 | Pay Begin Date: | 10/06/2019 | Advice #: | 4720515 |
| Milwaukee, WI 53201 | Pay End Date: | 10/19/2019 | Advice Date: | 11/01/2019 |

| Patricia A Harmon | Department: | 097-Obama S.C.T.E. | TAX DATA: | Federal | WI State |
|---|---|---|---|---|---|
| 3064 N 46th St | Location: | School Of Career & Tech Ed | Marital Status: | Single | Single |
| Milwaukee, WI 53210 | Job Title: | FOOD SERVICE ASSISTANT | Allowances: | 1 | 1 |
| | Grade: B5 | Step: | Addl. Pct: | | |
| | Pay Rate: | $13.440000 Hourly | Addl. Amt: | | |
| Employee ID: 133547 | Incr. Date: | NA | | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | | Earnings |
| Regular Pay-Pen(C) | 13.440000 | 60.00 | 806.40 | 213.10 | | 2,864.07 |
| Regular Pay-Non Pen(O) | | | 0.00 | 429.30 | | 5,564.15 |
| Summer School-Non Pen(O) | | | 0.00 | 5.00 | | 64.70 |
| Underfill Loc 150 Food Srv(C) | | | 0.00 | 8.00 | | 5.60 |
| Travel Mileage | | | 0.00 | 12.60 | | 7.31 |
| Travel Mileage-Taxable | | | 0.00 | 12.60 | | 0.00 |
| Uniform Allow-150 Food Srv | | | 0.00 | | | 150.00 |
| Injury Adjustment 66% | | | 0.00 | 6.00 | | 53.75 |
| (-) Pay Adjustment(O) | | | 0.00 | -6.00 | | -80.64 |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | | 80.64 |
| Hourly Full Pay-Pension(C) | | | 0.00 | 6.00 | | 80.64 |
| Sick Leave Full Pay(C) | | | 0.00 | 20.00 | | 258.80 |
| **TOTAL:** | | **60.00** | **806.40** | **712.60** | | **9,049.02** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 49.34 | 365.47 |
| Fed MED/EE | 11.69 | 128.15 |
| Fed OASDI/EE | 49.99 | 547.95 |
| WI Withholdng | 25.10 | 194.49 |
| **TOTAL:** | **136.12** | **1,236.06** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 32.26 | 121.01 |
| **TOTAL:** | **32.26** | **121.01** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 0.00 | 11.46 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 806.40 | 774.14 | 136.12 | 32.26 | 638.02 |
| YTD | 9,049.02 | 8,716.95 | 1,236.06 | 121.01 | 7,691.95 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 37.2 | 0.0 | 0.0 | Net Amount | 638.02 |
| + Earned | 0.0 | 4.0 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| End Balance | 0.0 | 41.2 | 0.0 | 0.0 | | |

MPS Pension Number:
Life to Date Hours: NA
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors | Date: 11/15/2019 | Advice No. 4736847 |
|---|---|---|
| P.O. BOX 2181 | | |
| Milwaukee, WI 53201 | | |

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 538.84 |
| **Total:** | | **$538.84** |

**Deposit Amount:** 538.84

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

## NON-NEGOTIABLE

| Milw Board of School Directors | Pay Group: | FSH-Loc 150 Food Serv (Hourly 191) | Business Unit: | MPS00 |
|---|---|---|---|---|
| P.O. BOX 2181 | Pay Begin Date: | 10/20/2019 | Advice #: | 4736847 |
| Milwaukee, WI 53201 | Pay End Date: | 11/02/2019 | Advice Date: | 11/15/2019 |

| Patricia A Harmon | Department: | 097-Obama S.C.T.E. | TAX DATA: | Federal | WI State |
|---|---|---|---|---|---|
| 3064 N 46th St | Location: | School Of Career & Tech Ed | Marital Status: | Single | Single |
| Milwaukee, WI 53210 | Job Title: | FOOD SERVICE ASSISTANT | Allowances: | 1 | 1 |
| | Grade: B5   Step: | | Addl. Pct: | | |
| | Pay Rate: | $13.440000 Hourly | Addl. Amt: | | |
| **Employee ID:** 133547 | Incr. Date: | NA | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay-Pen(C) | 13.440000 | 49.60 | 666.62 | 262.70 | 3,530.69 |
| Regular Pay-Non Pen(O) | | | 0.00 | 429.30 | 5,564.15 |
| Summer School-Non Pen(O) | | | 0.00 | 5.00 | 64.70 |
| Underfill Loc 150 Food Srv(C) | | | 0.00 | 8.00 | 5.60 |
| Travel Mileage | | | 0.00 | 12.60 | 7.31 |
| Travel Mileage-Taxable | | | 0.00 | 12.60 | 0.00 |
| Uniform Allow-150 Food Srv | | | 0.00 | | 150.00 |
| Injury Adjustment 66% | | | 0.00 | 6.00 | 53.75 |
| (-) Pay Adjustment(O) | | | 0.00 | -6.00 | -80.64 |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | 80.64 |
| Hourly Full Pay-Pension(C) | | | 0.00 | 6.00 | 80.64 |
| Sick Leave Full Pay(C) | | | 0.00 | 20.00 | 258.80 |
| **TOTAL:** | | **49.60** | **666.62** | **762.20** | **9,715.64** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 33.80 | 399.27 |
| Fed MED/EE | 9.67 | 137.82 |
| Fed OASDI/EE | 41.33 | 589.28 |
| WI Withholdng | 16.32 | 210.81 |
| **TOTAL:** | **101.12** | **1,337.18** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 26.66 | 147.67 |
| **TOTAL:** | **26.66** | **147.67** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 5.73 | 17.19 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 666.62 | 639.96 | 101.12 | 26.66 | 538.84 |
| YTD | 9,715.64 | 9,356.91 | 1,337.18 | 147.67 | 8,230.79 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 41.2 | 0.0 | 0.0 | Net Amount | 538.84 |
| + Earned | 0.0 | 3.3 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **44.5** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
**MESSAGE:** Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Date: 11/29/2019 | | Advice No. 4748170 |
|---|---|---|---|

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | 699.53 |
| **Total:** | | $699.53 |

**Deposit Amount:** 699.53

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

# NON-NEGOTIABLE

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Pay Group: FSH-Loc 150 Food Serv (Hourly 191)<br>Pay Begin Date: 11/03/2019<br>Pay End Date: 11/16/2019 | Business Unit: MPS00<br>Advice #: 4748170<br>Advice Date: 11/29/2019 |
|---|---|---|

| Patricia A Harmon<br>3064 N 46th St<br>Milwaukee, WI 53210<br><br>Employee ID: 133547 | Department: 097-Obama S.C.T.E.<br>Location: School Of Career & Tech Ed<br>Job Title: FOOD SERVICE ASSISTANT<br>Grade: B5  Step:<br>Pay Rate: $13.440000 Hourly<br>Incr. Date: NA | TAX DATA: | Federal | WI State |
|---|---|---|---|---|
| | | Marital Status: | Single | Single |
| | | Allowances: | 1 | 1 |
| | | Addl. Pct: | | |
| | | Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | | **Description** | **Current** | **YTD** |
| Regular Pay-Pen(C) | 13.440000 | 54.40 | 731.14 | 317.10 | 4,261.83 | | Fed Withholdng | 58.42 | 457.69 |
| Emergency Days(C) | 13.440000 | 6.00 | 80.64 | 6.00 | 80.64 | | Fed MED/EE | 12.94 | 150.76 |
| Sick Leave Full Pay(C) | 13.440000 | 6.00 | 80.64 | 26.00 | 339.44 | | Fed OASDI/EE | 55.33 | 644.61 |
| Regular Pay-Non Pen(O) | | | 0.00 | 429.30 | 5,564.15 | | WI Withholdng | 30.50 | 241.31 |
| Summer School-Non Pen(O) | | | 0.00 | 5.00 | 64.70 | | | | |
| Underfill Loc 150 Food Srv(C) | | | 0.00 | 8.00 | 5.60 | | | | |
| Travel Mileage | | | 0.00 | 12.60 | 7.31 | | | | |
| Travel Mileage-Taxable | | | 0.00 | 12.60 | 0.00 | | | | |
| Uniform Allow-150 Food Srv | | | 0.00 | | 150.00 | | | | |
| Injury Adjustment 66% | | | 0.00 | 6.00 | 53.75 | | | | |
| (-) Pay Adjustment(O) | | | 0.00 | -6.00 | -80.64 | | | | |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | 80.64 | | | | |
| Hourly Full Pay-Pension(C) | | | 0.00 | 6.00 | 80.64 | | | | |
| **TOTAL:** | | **66.40** | **892.42** | **828.60** | **10,608.06** | | **TOTAL:** | **157.19** | **1,494.37** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Empls' Retirement Plan-EE Paid | 35.70 | 183.37 | | | | Life & AD&D 10 MTH | 0.00 | 17.19 |
| **TOTAL:** | **35.70** | **183.37** | **TOTAL:** | **0.00** | **0.00** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 892.42 | 856.72 | 157.19 | 35.70 | 699.53 |
| YTD | 10,608.06 | 10,213.63 | 1,494.37 | 183.37 | 8,930.32 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICK HALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 44.5 | 0.0 | 0.0 | Net Amount | 699.53 |
| + Earned | 0.0 | 4.4 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 12.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **37.0** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
**MESSAGE:** Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors | Date: 12/13/2019 | Advice No. 4759599 |
|---|---|---|
| P.O. BOX 2181 | | |
| Milwaukee, WI 53201 | | |

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 546.23 |
| **Total:** | | **$546.23** |

**Deposit Amount:** 546.23

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

## NON-NEGOTIABLE

| Milw Board of School Directors | Pay Group: | FSH-Loc 150 Food Serv (Hourly 191) | Business Unit: | MPS00 |
|---|---|---|---|---|
| P.O. BOX 2181 | Pay Begin Date: | 11/17/2019 | Advice #: | 4759599 |
| Milwaukee, WI 53201 | Pay End Date: | 11/30/2019 | Advice Date: | 12/13/2019 |

| Patricia A Harmon | Department: | 097-Obama S.C.T.E. | TAX DATA: | Federal | WI State |
|---|---|---|---|---|---|
| 3064 N 46th St | Location: | School Of Career & Tech Ed | Marital Status: | Single | Single |
| Milwaukee, WI 53210 | Job Title: | FOOD SERVICE ASSISTANT | Allowances: | 1 | 1 |
| | Grade: B5 Step: | | Addl. Pct: | | |
| | Pay Rate: | $13.440000 Hourly | Addl. Amt: | | |
| Employee ID: 133547 | Incr. Date: | NA | | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Pay-Pen(C) | 13.440000 | 44.30 | 595.39 | 361.40 | 4,857.22 | |
| Scheduled Holiday(C) | 13.440000 | 6.00 | 80.64 | 12.00 | 161.28 | |
| Regular Pay-Non Pen(O) | | | 0.00 | 429.30 | 5,564.15 | |
| Summer School-Non Pen(O) | | | 0.00 | 5.00 | 64.70 | |
| Underfill Loc 150 Food Srv(C) | | | 0.00 | 8.00 | 5.60 | |
| Travel Mileage | | | 0.00 | 12.60 | 7.31 | |
| Travel Mileage-Taxable | | | 0.00 | 12.60 | 0.00 | |
| Uniform Allow-150 Food Srv | | | 0.00 | | 150.00 | |
| Injury Adjustment 66% | | | 0.00 | 6.00 | 53.75 | |
| (-) Pay Adjustment(O) | | | 0.00 | -6.00 | -80.64 | |
| Emergency Days(C) | | | 0.00 | 6.00 | 80.64 | |
| Hourly Full Pay-Pension(C) | | | 0.00 | 6.00 | 80.64 | |
| Sick Leave Full Pay(C) | | | 0.00 | 26.00 | 339.44 | |
| **TOTAL:** | | **50.30** | **676.03** | **878.90** | **11,284.09** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 34.13 | 491.82 |
| Fed MED/EE | 9.80 | 160.56 |
| Fed OASDI/EE | 41.92 | 686.53 |
| WI Withholdng | 16.91 | 258.22 |
| **TOTAL:** | **102.76** | **1,597.13** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 27.04 | 210.41 |
| **TOTAL:** | **27.04** | **210.41** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 0.00 | 17.19 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 676.03 | 648.99 | 102.76 | 27.04 | 546.23 |
| YTD | 11,284.09 | 10,862.62 | 1,597.13 | 210.41 | 9,476.55 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 37.0 | 0.0 | 0.0 | Net Amount | 546.23 |
| + Earned | 0.0 | 3.4 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **40.3** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
**MESSAGE:** Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

Case 20-23078-beh    Doc 10    Filed 04/24/20    Page 10 of 16

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Date: 12/27/2019 | | Advice No. 4775747 |
|---|---|---|---|

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | 714.70 |
| **Total:** | | $714.70 |

**Deposit Amount:** 714.70

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

# NON-NEGOTIABLE

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Pay Group: FSH-Loc 150 Food Serv (Hourly 191)<br>Pay Begin Date: 12/01/2019<br>Pay End Date: 12/14/2019 | Business Unit: MPS00<br>Advice #: 4775747<br>Advice Date: 12/27/2019 |
|---|---|---|

| Patricia A Harmon<br>3064 N 46th St<br>Milwaukee, WI 53210<br><br>Employee ID: 133547 | Department: 097-Obama S.C.T.E.<br>Location: School Of Career & Tech Ed<br>Job Title: FOOD SERVICE ASSISTANT<br>Grade: B5 Step:<br>Pay Rate: $13.440000 Hourly<br>Incr. Date: NA | TAX DATA: | Federal | WI State |
|---|---|---|---|---|
| | | Marital Status: | Single | Single |
| | | Allowances: | 1 | 1 |
| | | Addl. Pct: | | |
| | | Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | | Earnings |
| Regular Pay-Pen(C) | 13.440000 | 68.00 | 913.92 | 429.40 | | 5,771.14 |
| Regular Pay-Non Pen(O) | | | 0.00 | 429.30 | | 5,564.15 |
| Summer School-Non Pen(O) | | | 0.00 | 5.00 | | 64.70 |
| Underfill Loc 150 Food Srv(C) | | | 0.00 | 8.00 | | 5.60 |
| Travel Mileage | | | 0.00 | 12.60 | | 7.31 |
| Travel Mileage-Taxable | | | 0.00 | 12.60 | | 0.00 |
| Uniform Allow-150 Food Srv | | | 0.00 | | | 150.00 |
| Injury Adjustment 66% | | | 0.00 | 6.00 | | 53.75 |
| (-) Pay Adjustment(O) | | | 0.00 | -6.00 | | -80.64 |
| Emergency Days(C) | | | 0.00 | 6.00 | | 80.64 |
| Scheduled Holiday(C) | | | 0.00 | 12.00 | | 161.28 |
| Hourly Full Pay-Pension(C) | | | 0.00 | 6.00 | | 80.64 |
| Sick Leave Full Pay(C) | | | 0.00 | 26.00 | | 339.44 |
| **TOTAL:** | | **68.00** | **913.92** | **946.90** | | **12,198.01** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 60.90 | 552.72 |
| Fed MED/EE | 13.25 | 173.81 |
| Fed OASDI/EE | 56.66 | 743.19 |
| WI Withholdng | 31.85 | 290.07 |
| **TOTAL:** | **162.66** | **1,759.79** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 36.56 | 246.97 |
| **TOTAL:** | **36.56** | **246.97** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 5.73 | 22.92 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 913.92 | 877.36 | 162.66 | 36.56 | 714.70 |
| YTD | 12,198.01 | 11,739.98 | 1,759.79 | 246.97 | 10,191.25 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 40.3 | 0.0 | 0.0 | Net Amount | 714.70 |
| + Earned | 0.0 | 4.6 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **44.9** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
**MESSAGE:** Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

Milw Board of School Directors  
P.O. BOX 2181  
Milwaukee, WI 53201

Date: 01/10/2020

Advice No. 4787213

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 279.99 |
| **Total:** | | **$279.99** |

**Deposit Amount:** 279.99

**To The Account Of** PATRICIA A HARMON  
3064 N 46th St  
Milwaukee, WI 53210

# NON-NEGOTIABLE

---

| Milw Board of School Directors P.O. BOX 2181 Milwaukee, WI 53201 | Pay Group: FSH-Loc 150 Food Serv (Hourly 191) Pay Begin Date: 12/15/2019 Pay End Date: 12/28/2019 | Business Unit: MPS00 Advice #: 4787213 Advice Date: 01/10/2020 |
|---|---|---|

| Patricia A Harmon 3064 N 46th St Milwaukee, WI 53210 Employee ID: 133547 | Department: 097-Obama S.C.T.E. Location: School Of Career & Tech Ed Job Title: FOOD SERVICE ASSISTANT Grade: B5  Step: Pay Rate: $13.440000 Hourly Incr. Date: NA | TAX DATA: Federal WI State Marital Status: Single Single Allowances: 1 1 Addl. Pct: Addl. Amt: |
|---|---|---|

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay-Pen(C) | 13.440000 | 23.80 | 319.87 | 23.80 | 319.87 |
| **TOTAL:** | | **23.80** | **319.87** | **23.80** | **319.87** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 4.64 | 4.64 |
| Fed OASDI/EE | 19.83 | 19.83 |
| WI Withholdng | 2.62 | 2.62 |
| **TOTAL:** | **27.09** | **27.09** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 12.79 | 12.79 |
| **TOTAL:** | **12.79** | **12.79** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 319.87 | 307.08 | 27.09 | 12.79 | 279.99 |
| YTD | 319.87 | 307.08 | 27.09 | 12.79 | 279.99 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION |
|---|---|---|---|---|---|
| Start Balance | 0.0 | 44.9 | 0.0 | 0.0 | Net Amount 279.99 |
| + Earned | 0.0 | 1.6 | 0.0 | 0.0 | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | |
| **End Balance** | **0.0** | **46.5** | **0.0** | **0.0** | |

MPS Pension Number:  
Life to Date Hours: NA  
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

Case 20-23078-beh    Doc 10    Filed 04/24/20    Page 12 of 16

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Date: 01/24/2020 | | Advice No. 4803163 |
|---|---|---|---|

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | 383.13 |
| Total: | | $383.13 |

**Deposit Amount:** 383.13

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

## NON-NEGOTIABLE

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Pay Group: | FSH-Loc 150 Food Serv (Hourly 191) | Business Unit: | MPS00 |
|---|---|---|---|---|
| | Pay Begin Date: | 12/29/2019 | Advice #: | 4803163 |
| | Pay End Date: | 01/11/2020 | Advice Date: | 01/24/2020 |

| Patricia A Harmon | Department: | 097-Obama S.C.T.E. | TAX DATA: | Federal | WI State |
|---|---|---|---|---|---|
| 3064 N 46th St | Location: | School Of Career & Tech Ed | Marital Status: | Single | Single |
| Milwaukee, WI 53210 | Job Title: | FOOD SERVICE ASSISTANT | Allowances: | 1 | 1 |
| | Grade: | B5  Step: | Addl. Pct: | | |
| | Pay Rate: | $13.440000 Hourly | Addl. Amt: | | |
| Employee ID: 133547 | Incr. Date: | NA | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay-Pen(C) | 13.440000 | 34.00 | 456.96 | 57.80 | 776.83 |
| **TOTAL:** | | 34.00 | 456.96 | 57.80 | 776.83 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 12.71 | 12.71 |
| Fed MED/EE | 6.62 | 11.26 |
| Fed OASDI/EE | 28.33 | 48.16 |
| WI Withholdng | 7.89 | 10.51 |
| **TOTAL:** | 55.55 | 82.64 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 18.28 | 31.07 |
| **TOTAL:** | 18.28 | 31.07 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 5.73 | 5.73 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 456.96 | 438.68 | 55.55 | 18.28 | 383.13 |
| YTD | 776.83 | 745.76 | 82.64 | 31.07 | 663.12 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 46.5 | 0.0 | 0.0 | Net Amount | 383.13 |
| + Earned | 0.0 | 2.3 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **48.8** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
**MESSAGE:** Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Date: 02/07/2020 | Advice No. 4814764 |
|---|---|---|

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 932.70 |
| Total: | | $932.70 |

**Deposit Amount:** 932.70

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

# NON-NEGOTIABLE

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Pay Group: FSH-Loc 150 Food Serv (Hourly 191)<br>Pay Begin Date: 01/12/2020<br>Pay End Date: 01/25/2020 | Business Unit: MPS00<br>Advice #: 4814764<br>Advice Date: 02/07/2020 |
|---|---|---|

| Patricia A Harmon<br>3064 N 46th St<br>Milwaukee, WI 53210<br><br>Employee ID: 133547 | Department: 097-Obama S.C.T.E.<br>Location: School Of Career & Tech Ed<br>Job Title: FOOD SERVICE ASSISTANT<br>Grade: B5   Step:<br>Pay Rate: $13.440000 Hourly<br>Incr. Date: NA | TAX DATA: | Federal | WI State |
|---|---|---|---|---|
| | | Marital Status: | Single | Single |
| | | Allowances: | 1 | 1 |
| | | Addl. Pct: | | |
| | | Addl. Amt: | | |

**HOURS AND EARNINGS**

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay-Pen(C) | 13.440000 | 61.20 | 822.53 | 119.00 | 1,599.36 | Fed Withholdng | 59.06 | 71.77 |
| Scheduled Holiday(C) | 13.440000 | 6.00 | 80.64 | 6.00 | 80.64 | Fed MED/EE | 13.10 | 24.36 |
| Uniform Allow-150 Food Srv | | | 225.00 | | 225.00 | Fed OASDI/EE | 56.00 | 104.16 |
| | | | | | | WI Withholdng | 31.18 | 41.69 |
| **TOTAL:** | | 67.20 | 1,128.17 | 125.00 | 1,905.00 | **TOTAL:** | 159.34 | 241.98 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Empls' Retirement Plan-EE Paid | 36.13 | 67.20 | | | | Life & AD&D 10 MTH | 0.00 | 5.73 |
| **TOTAL:** | 36.13 | 67.20 | **TOTAL:** | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,128.17 | 867.04 | 159.34 | 36.13 | 932.70 |
| YTD | 1,905.00 | 1,612.80 | 241.98 | 67.20 | 1,595.82 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 48.8 | 0.0 | 0.0 | Net Amount | 932.70 |
| + Earned | 0.0 | 4.5 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 0.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **53.3** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

| Milw Board of School Directors | Date: 02/21/2020 | | Advice No. 4837877 |
|---|---|---|---|
| P.O. BOX 2181 | | | |
| Milwaukee, WI 53201 | | | |

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 717.65 |
| **Total:** | | **$717.65** |

**Deposit Amount:** <u>717.65</u>

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

## NON-NEGOTIABLE

| Milw Board of School Directors | Pay Group: FSH-Loc 150 Food Serv (Hourly 191) | Business Unit: MPS00 |
|---|---|---|
| P.O. BOX 2181 | Pay Begin Date: 01/26/2020 | Advice #: 4837877 |
| Milwaukee, WI 53201 | Pay End Date: 02/08/2020 | Advice Date: 02/21/2020 |

| Patricia A Harmon | Department: 097-Obama S.C.T.E. | TAX DATA: | Federal | WI State |
|---|---|---|---|---|
| 3064 N 46th St | Location: School Of Career & Tech Ed | Marital Status: | Single | Single |
| Milwaukee, WI 53210 | Job Title: FOOD SERVICE ASSISTANT | Allowances: | 1 | 1 |
| | Grade: B5 Step: | Addl. Pct: | | |
| | Pay Rate: $13.440000 Hourly | Addl. Amt: | | |
| **Employee ID:** 133547 | Incr. Date: NA | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay-Pen(C) | 13.440000 | 61.20 | 822.53 | 180.20 | 2,421.89 | Fed Withholdng | 59.06 | 130.83 |
| Sick Leave Full Pay(C) | 13.440000 | 6.00 | 80.64 | 6.00 | 80.64 | Fed MED/EE | 13.10 | 37.46 |
| Travel Mileage | 0.575000 | 17.30 | 9.95 | 17.30 | 9.95 | Fed OASDI/EE | 56.00 | 160.16 |
| Travel Mileage-Taxable | | 17.30 | 0.00 | 17.30 | 0.00 | WI Withholdng | 31.18 | 72.87 |
| Uniform Allow-150 Food Srv | | | 0.00 | | 225.00 | | | |
| Scheduled Holiday(C) | | 0.00 | 0.00 | 6.00 | 80.64 | | | |
| **TOTAL:** | | **101.80** | **913.12** | **226.80** | **2,818.12** | **TOTAL:** | **159.34** | **401.32** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Empls' Retirement Plan-EE Paid | 36.13 | 103.33 | | | | Life & AD&D 10 MTH | 5.73 | 11.46 |
| **TOTAL:** | **36.13** | **103.33** | **TOTAL:** | **0.00** | **0.00** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 913.12 | 867.04 | 159.34 | 36.13 | 717.65 |
| YTD | 2,818.12 | 2,479.84 | 401.32 | 103.33 | 2,313.47 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 53.3 | 0.0 | 0.0 | Net Amount | 717.65 |
| + Earned | 0.0 | 4.5 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 6.0 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | **0.0** | **51.8** | **0.0** | **0.0** | | |

MPS Pension Number:
Life to Date Hours: NA
**MESSAGE:** Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.

Case 20-23078-beh    Doc 10    Filed 04/24/20    Page 15 of 16

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Date: 03/06/2020 | | Advice No. 4843044 | |
|---|---|---|---|---|

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | 367.02 |
| **Total:** | | $367.02 |

**Deposit Amount:** 367.02

**To The Account Of** PATRICIA A HARMON
3064 N 46th St
Milwaukee, WI 53210

# NON-NEGOTIABLE

| Milw Board of School Directors<br>P.O. BOX 2181<br>Milwaukee, WI 53201 | Pay Group: FSH-Loc 150 Food Serv (Hourly 191)<br>Pay Begin Date: 02/09/2020<br>Pay End Date: 02/22/2020 | Business Unit: MPS00<br>Advice #: 4843044<br>Advice Date: 03/06/2020 |
|---|---|---|

| Patricia A Harmon<br>3064 N 46th St<br>Milwaukee, WI 53210<br><br>Employee ID: 133547 | Department: 097-Obama S.C.T.E.<br>Location: School Of Career & Tech Ed<br>Job Title: FOOD SERVICE ASSISTANT<br>Grade: B5  Step:<br>Pay Rate: $13.440000 Hourly<br>Incr. Date: NA | TAX DATA: | Federal | WI State |
|---|---|---|---|---|
| | | Marital Status: | Single | Single |
| | | Allowances: | 1 | 1 |
| | | Addl. Pct: | | |
| | | Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay-Pen(C) | 13.440000 | 20.90 | 280.90 | 201.10 | 2,702.79 |
| Sick Leave Full Pay(C) | 13.440000 | 11.50 | 154.56 | 17.50 | 235.20 |
| Travel Mileage | | | 0.00 | 17.30 | 9.95 |
| Travel Mileage-Taxable | | | 0.00 | 17.30 | 0.00 |
| Uniform Allow-150 Food Srv | | | 0.00 | | 225.00 |
| Scheduled Holiday(C) | | | 0.00 | 6.00 | 80.64 |
| **TOTAL:** | | 32.40 | 435.46 | 259.20 | 3,253.58 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 10.65 | 141.48 |
| Fed MED/EE | 6.31 | 43.77 |
| Fed OASDI/EE | 27.00 | 187.16 |
| WI Withholdng | 7.06 | 79.93 |
| **TOTAL:** | 51.02 | 452.34 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Empls' Retirement Plan-EE Paid | 17.42 | 120.75 |
| **TOTAL:** | 17.42 | 120.75 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life & AD&D 10 MTH | 0.00 | 11.46 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 435.46 | 418.04 | 51.02 | 17.42 | 367.02 |
| YTD | 3,253.58 | 2,897.88 | 452.34 | 120.75 | 2,680.49 |

| YEAR-TO-DATE | VACATION HOURS | SICK HOURS | SICKHALF HOURS | COMPTIME HOURS | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 51.8 | 0.0 | 0.0 | Net Amount | 367.02 |
| + Earned | 0.0 | 2.2 | 0.0 | 0.0 | | |
| - Taken | 0.0 | 11.5 | 0.0 | 0.0 | | |
| + Adjustments | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **End Balance** | 0.0 | 42.4 | 0.0 | 0.0 | | |

MPS Pension Number:
Life to Date Hours: NA
MESSAGE: Click here ( http://mpsmke.com/fraudhotline ) or call 414-777-7878 to report fraud waste and abuse.