# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re Patricia Ann Harmon, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Case No. 20-23078-BEH |
| | ) | Chapter 13 |
| | ) | |

**Affidavit Of Service By Mail**

State of Wisconsin )
                     )
County of Milwaukee )

The undersigned, being first duly sworn upon oath, deposes and says:

1. I am the paralegal for the attorney of record for the Debtor Patricia Ann Harmon, and am authorized to make this affidavit on her behalf.

2. I am a citizen of the United States over the age of eighteen years and am otherwise competent to testify to the facts stated herein.

3. A copy of the Notice and Motion to Continue Automatic Stay were dispatched by first-class mail, postage pre-paid (or electronically if the party accepts service in that manner) to the parties listed on the attached Exhibit "A" on April 27, 2020.

/s/    Jessica Renzaglia

Michael J. Watton
Attorney at Law
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203
414-273-6858

Subscribed and sworn to before me on this 27th day of April, 2020.

Notary Seal

/s/ Ashley Hermann
Notary Public: State of Wisconsin
My commission expires 08/21/21.

**EXHIBIT A**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 20-23078-beh<br>Eastern District of Wisconsin<br>Milwaukee<br>Mon Apr 27 13:16:16 CDT 2020 | Aldon Properties LLC<br>1665 North Water Street<br>c/o Ogden & Company Inc<br>Milwaukee, WI 53202-2061 | (p)ALLIANCE COLLECTION AGENCIES INC<br>ATTN CLIENT SERVICES DEPARTMENT<br>3916 S BUSINESS PARK AVE<br>MARSHFIELD WI 54449-9029 |
| Attorney Alan Lee Derzon<br>1928 Valley Ct<br>Grafton, WI 53024-2808 | Aurora Health Care Inc<br>PO Box 809418<br>Chicago, IL 60680-9418 | Capital One Bank USA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One National Association<br>PO Box 26030<br>Richmond, VA 23260-6030 | Capital One/Boston Store<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| City of Milwaukee<br>PO Box 3268<br>Milwaukee, WI 53201-3268 | City of Milwaukee Waterworks<br>841 N. Broadway, Room 406<br>Milwaukee, WI 53202-3687 | (p)CITY OF MILWAUKEE TREASURER S OFFICE<br>200 EAST WELLS STREET<br>ROOM 103<br>MILWAUKEE WI 53202-3599 |
| Comenity Bank/ Boston Store<br>PO Box 182789<br>Columbus, OH 43218-2789 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)EDUCATORS CREDIT UNION<br>ATTN ATTN BANKRUPTCY DEPT<br>1326 WILLOW ROAD<br>MOUNT PLEASANT WI 53177-1917 |
| Froedert Hospital<br>9200 W Wisconsin AVe<br>Milwaukee, WI 53226-3596 | Froedtert & Medical College<br>P.O. Box 3136<br>Milwaukee, WI 53201-3136 | Froedtert Health<br>Po Box 734462<br>Chicago, IL 60673-4462 |
| (p)GUARDIAN CREDIT UNION<br>11220 W OKLAHOMA AVE<br>WEST ALLIS WI 53227-3937 | Guardian Credit Union<br>PO Box 270124<br>West Allis, WI 53227-7203 | Heath Harroll, CEO<br>C/O Guardian Credit Union<br>11220 W. Oklahoma Avenue<br>West Allis, WI 53227-3937 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kanitha S Burks<br>2840 North 5 Street<br>Milwaukee, WI 53212-2328 | Medical College of Wisconsin<br>P.O. Box 13308<br>Milwaukee, WI 53213-0308 |
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Patricia Ann Harmon<br>3064 North 46th Street<br>Milwaukee, WI 53210-1728 | SYNCB<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/Walmart DC<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Sears/CBNA<br>133200 Smith Road<br>Cleveland, OH 44130 | Syncb/JcPenneys<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |

| | | |
|---|---|---|
| THD/CBNA<br>One Court Square<br>Long Island City, NY 11120-0001 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Wells Fargo Card Services<br>PO Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Card Services*<br>PO Box 51193<br>Los Angeles, CA 90051-5493 | (p)WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN CIVIL LITIGATION UNIT<br>PO BOX 7857<br>17 WEST MAIN STREET<br>MADISON WI 53703-3960 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Michael J. Watton<br>301 West Wisconsin Avenue<br>5th Floor<br>Milwaukee, WI 53203-2230 | Patricia Ann Harmon<br>PO Box 16584<br>Milwaukee, WI 53216-0584 | Rebecca R. Garcia<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliance Collection Agencies<br>3916 South Business Park Avenue<br>Marshfield, WI 54449 | Chase Card<br>225 Chastian Meadows Court<br>Kennesaw, GA 30144 | City of Milwaukee, Treasurer's Office<br>200 E. Wells, Room 103<br>Milwaukee, WI 53202 |
| Discover Bank<br>P.O. Box 15316<br>ATT: CMS/PROD DEVELOP<br>Wilmington, DE 19850-5316 | Educators Credit Union<br>P.O. Box 081040<br>Racine, WI 53408-1040 | Guardian Credit Union<br>11220 W. Oklahoma Ave.<br>West Allis, WI 53227 |
| US Bank*<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53707-7857 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Peter Harmon

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39