# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re Patricia Ann Harmon,        )
                                  )
                                  )   Case No. 20-23078
                                  )   Chapter 13

## AFFIDAVIT REGARDING MOTION TO CONTINUE STAY

I, Patricia Ann Harmon, the Debtor in this case, state that:

1. That I am a citizen of the United States over the age of eighteen years and am otherwise competent to testify to the facts stated herein.

2. That I have had one previous case under Title 11 dismissed within 1 year of filing this present Chapter 13 bankruptcy.

3. That since the dismissal of the previous bankruptcy, there has been a substantial change in my personal and financial affairs. My previous case, 19-26645-BEH was dismissed on January 29, 2020 for failure to provide to the Chapter 13 Trustee with proof of filing my 2015 and 2016 tax returns. I was not required to file tax returns for 2016 because I only received social security as income. I have provided a tax affidavit for the year of 2016. I made multiple attempts to file my 2015 tax returns but was being over-charged by a tax preparer which made it difficult for me to file. When I finally filed my 2015 tax returns, my case had already been dismissed. I have now filed all required taxes for the last four years. I understand the requirement to timely provide future tax returns or affidavits regarding my tax returns or my case may dismiss.

Michael J. Watton, Esq.
Watton Law Group
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203
Telephone: (414) 273-6858
Facsimile: (414) 273-6894

4. That this present Chapter 13 bankruptcy will result in a confirmed plan which will be fully performed.

Dated: April 23, 2020

Patricia Ann Harmon

Subscribed and sworn to before me this 23rd of April, 2020.

Notary Public
My commission is permanent

2