THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: May 14, 2020

Beth E. Hanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re Patricia Ann Harmon, ) | |
| ) | |
| Debtor. ) | |
| ) | Case No. 20-23078-BEH |
| ) | Chapter 13 |
| ) | |
| ) | |

## ORDER CONTINUING AUTOMATIC STAY

The Debtor filed a Motion to extend the automatic stay beyond 30 days under 11 U.S.C. § 362(c)(3)(B). Notice of the Motion was provided to all creditors, and objecting creditors were given the opportunity to have a hearing. No objections were filed, and the Debtor has filed an Affidavit establishing that the Debtor commenced this case in good faith.

IT IS THEREFORE ORDERED: the Motion is granted, and the automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.

#####